**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EDISON RUBEN RIERA LEMA,**<br>**Petitioner,**<br><br>v.<br><br>**J.L. JAMISON, JOHN RIFE,**<br>**MARKWAYNE MULLIN, TODD**<br>**BLANCHE, U.S. DEPARTMENT OF**<br>**HOMELAND SECURITY, AND**<br>**EXECUTIVE OFFICE FOR**<br>**IMMIGRATION REVIEW,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO.  26-CV-5001** |

**O R D E R**

**AND NOW**, this 21st day of July, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1), **IT IS HEREBY ORDERED** that:

1.  Petitioner shall make immediate and proper service of the Petition (ECF No. 1) and this

    Order on Respondents.

2.  Respondents shall not transfer Petitioner without further order of the Court.

3.  Respondents **SHALL RESPOND** to the Petition on or before **Thursday, July 23, 2026**.


                              **BY THE COURT:**


                              **S/ WENDY BEETLESTONE**

                              _____

                              **WENDY BEETLESTONE, C.J.**