## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDISON RUBEN RIERA LEMA,<br>        Petitioner, | CIVIL ACTION |
| v. | |
| J.L. JAMISON, JOHN RIFE,<br>MARKWAYNE MULLIN, TODD<br>BLANCHE, U.S. DEPARTMENT OF<br>HOMELAND SECURITY, AND<br>EXECUTIVE OFFICE FOR<br>IMMIGRATION REVIEW,<br>        Respondents. | NO.  26-CV-5001 |

## O R D E R

**AND NOW**, this 22nd day of July, 2026, in light of the Government's Certification of Compliance with the Court's Order (ECF No. 6), **IT IS HEREBY ORDERED** that the Clerk of Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.

S/ WENDY BEETLESTONE

WENDY BEETLESTONE, C.J.